**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-50026

UNITED STATES OF AMERICA,

Petitioner-Appellee,

VERSUS

$39,015.10 IN UNITED STATES CURRENCY,

Respondent,

RAMON RENTERIA-NIETO,

Claimant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(EP-97-CV-456-DB)

December 14, 1999

Before POLITZ, GARWOOD and DAVIS, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and considering the argument of counsel and their briefs, we are satisfied that the evidence supports the district court's conclusion that the relationship between Martin Olivas and claimant Renteria-Nieto was, at most, that of debtor/creditor. Consequently the district court did not err in concluding that Nieto's claim as owner of the currency failed.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.